IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| JEREMY PAUL THORNBURG, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | |
| § | Civil Action No. 7:17-cv-103-O-BP |
| LORIE DAVIS, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| § | |
| Respondent. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

This is a habeas action brought pursuant to 28 U.S.C. § 2254 in which Petitioner challenges the validity of his conviction for the offense of murder. The United States Magistrate Judge entered his Findings, Conclusions, and Recommendation in this case in which he recommends that the petition for writ of habeas corpus be denied. ECF No. 24. Petitioner has not filed objections. The District Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding no error, I am of the opinion that the findings of fact, conclusions of law, and reasons for denial set forth in the Magistrate Judge's Recommendation are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, the petition for writ of habeas corpus is **DENIED.**

**SO ORDERED** this **9th day** of **May, 2018**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE